**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7582**

ROBERT CY MANN,

             Petitioner – Appellant,

      v.

PATRICIA R. STANSBERRY,

             Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    James R. Spencer, Chief
District Judge.   (3:09-cv-000464-JRS)

Submitted: June 30, 2011          Decided:   August 5, 2011

Before GREGORY, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Cy Mann, Appellant Pro Se. Robert P. McIntosh, Assistant
United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Cy Mann, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mann v. Stansberry, No. 3:09-cv-00464-JRS (E.D. Va. Sept. 14, 2010). We deny Mann's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED